**E-FILED**
Friday, 12 November, 2010  11:46:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LISA BARR, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-CV-01199 |
| | ) | |
| THE BOARD OF TRUSTEES OF | ) | |
| WESTERN ILLINOIS UNIVERSITY, | ) | |
| a body politic and corporate | ) | |
| Defendant. | ) | |

## ANSWER

Comes now the Defendant, THE BOARD OF TRUSTEES OF WESTERN ILLINOIS UNIVERSITY, (herein after "WESTERN ILLINOIS UNIVERSITY") and for its Answer to Complaint states as follows:

## Jurisdiction

WESTERN ILLINOIS UNIVERSITY concedes this court has jurisdiction to hear this dispute.

## Parties

1.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 1 of the Complaint.

2.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 2 of the Complaint.

## Allegations Common to All Counts

3.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 3 of the Complaint.

4.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 4 of the Complaint.

5.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 5 of the Complaint.

6.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 6 of the Complaint.

7.      WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 7 of the Complaint.

8.      WESTERN ILLINOIS UNIVERSITY denies the allegations in paragraph 8 of the Complaint.

9.      WESTERN ILLINOIS UNIVERSITY denies the allegations in paragraph 9 of the Complaint.

10.     WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 10 of the Complaint.

11.     WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 11 of the Complaint.

12.     WESTERN ILLINOIS UNIVERSITY denies the allegations in paragraph 12 of the Complaint.

13.     WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 13 of the Complaint.

14.     WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 14 of the Complaint.

## COUNT I

1-14    WESTERN ILLINOIS UNIVERSITY incorporates its previous answers to paragraphs 1-14 above.

15.     WESTERN ILLINOIS UNIVERSITY admits the allegations in paragraph 15 of the Complaint.

16.     WESTERN ILLINOIS UNIVERSITY denies the allegations in paragraph 16 of the Complaint.

17.     WESTERN ILLINOIS UNIVERSITY  denies the allegations in paragraph 17 of the Complaint.

## COUNT II

1-14    WESTERN ILLINOIS UNIVERSITY incorporates its previous answers to paragraphs 1-14 above.

15.    WESTERN ILLINOIS UNIVERSITY denies the allegations in paragraph 15 of the Complaint.

16.    WESTERN ILLINOIS UNIVERSITY  denies the allegations in paragraph 16 of the Complaint.


WHEREFORE, the Defendant prays this Court to deny all relief requested in the Complaint's prayer, paragraphs A through E and further relief as may be just and equitable.

## DEFENDANT DEMANDS A TRIAL BY JURY


BY: /s/ Heidi A. Benson
Heidi A. Benson of
FLACK, McRAVEN & STEPHENS

PROOF OF SERVICE

I, hereby certify that on November 12, 2010 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

James P. Baker
cmbakerlaw@aol.com

/s/ Heidi A. Benson
Heidi A. Benson of
FLACK, McRAVEN & STEPHENS

Heidi A. Benson
FLACK, McRAVEN & STEPHENS
ARDC #6242507
P.O. Box 359
Macomb, IL  61455
309-837-5000
309-836-2335 (fax)
hbenson@macomblawoffice.com