E-FILED
Thursday, 17 January, 2013  04:55:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA J. BARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case: 10-cv-01199-MMM-JAG |
| | ) |
| WESTERN ILLINOIS UNIVERSITY | ) |
| BOARD OF TRUSTEES, | ) |
| | ) |
| Defendant. | ) |

**SUBMISSION BY THE PLAINTIFF, LISA BARR, IN RESPONSE TO THIS COURT'S ORDER OF JANUARY 2, 2013**

Comes now the Plaintiff, Lisa Barr ["Barr"], by and through her attorney, James P. Baker, and in response to this Court's order of January 2, 2013, attaches to this instrument the following: 1) a charge of employment discrimination she filed on November 19, 2009 with the United States Equal Employment Opportunity Commission ["EEOC"] together with a right to sue notice issued by the EEOC with respect to that charge on December 8, 2009 (Exhibit A); and 2) a charge of employment discrimination she filed with the EEOC on March 5, 2010 together with a right to sue notice issued with respect to that charge on March 30, 2010.

The charge identified in Exhibit A complains about retaliatory conduct directed toward Barr in violation of Title VII of the *Civil Rights Act of 1964* occurring at various times up to November 18, 2009.

The charge identified in Exhibit B alleges conduct occurring after November 18, 2009. Specifically, she alleges that she was effectively being terminated from her employment as a result of a decision communicated to her on December 11, 2009. She makes multiple claims of sex and age discrimination and unlawful retaliation. Among other things she claims retaliation

because of the charge she filed which is identified as a part of Exhibit A.

            LISA BARR

         BY:   s/ James P. Baker

         One of Her Attorneys
         Baker, Baker & Krajewski LLC
         415 South Seventh Street
         Springfield, Illinois 62701
         (217) 522-3445
         (217)  522-8234 facsimile

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 16, 2013, I electronically filed the foregoing Submission with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all attorneys of record.

          s/ James P. Baker
        James P. Baker
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: jamesbakerlaw@sbcglobal.net

(Response/Barr submission.01162013)