Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

LISA J. BARR

vs.   Case Number: 10-1199

WESTERN ILLINOIS UNIVERSITY

FILED
APR 16 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Board of Trustees of Western Illinois University's ("WIU") Motion for Judgment on the Pleadings (ECF No. 15) is GRANTED. This action is DISMISSED WITH PREJUDICE based on the doctrine of *res judicata*. All of the claims raised in this suit "could and should" have been brought in the earlier suit and her failure to do so bars her from proceeding in this case.

Dated: 4/16/2013

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court